1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>FUJITSU NETWORK COMMUNICATIONS, INC.,<br><br>    Defendant and Counterclaimant. | Case No.: 8:16-CV-00437 AG (JPRx)<br><br>**ORDER EXTENDING THE STAY OF DEADLINES PENDING FINALIZATION OF SETTLEMENT AGREEMENT**<br><br>Hon. Andrew J. Guilford |

The September 22, 2017 Joint Status Report and Stipulation to Extend the Stay of Deadlines Pending Finalization of Settlement Agreement having been considered by the Court, and good cause having been shown, IT IS HEREBY ORDERED:

1. That the stay of the above-captioned action set forth in the Court's prior Orders (Dkts. 99, 101, 103, 107 & 109) is extended by an additional 14 business days, until October 16, 2017; and

2. That the parties shall submit a joint status report on October 16, 2017 regarding execution of the Settlement Agreement and timing for filing a Joint Stipulation of Dismissal consistent with the terms of the Settlement Agreement.

Dated: September 25, 2017

Hon. Andrew J. Guilford
United States District Judge